UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Roxanne Kay Deflorin, | Civil No. 13cv2378 (PAM/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| City of St. Paul, Joel Essling, Matt Dornfeld, Steve Magner, Joe Yannarelly, Dean Koehnen, And Marcia Moremond, | |
| Defendants. | |

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated January 13, 2014 (Docket No. 5). No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for injunctive relief (Docket No. 3) is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 4, 2014

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge